# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Tetra Tech EC, Inc. ) | ASBCA Nos. 59260, 59482, 59483 |
| ) | |
| Under Contract No. W912P8-10-C-0038 ) | |

APPEARANCES FOR THE APPELLANT:   Michael L. Burnett, Esq.
Patricia M. Rosendahl, Esq.
   Greenberg Traurig, LLP
   Houston, TX

APPEARANCES FOR THE GOVERNMENT:   Thomas H. Gourlay, Jr., Esq.
   Engineer Chief Trial Attorney
David R. Dyer, Esq.
Judith E. Almerico, Esq.
Stephan C. Roth, Esq.
   Engineer Trial Attorneys
Denise D. Frederick, Esq.
   District Counsel
   U.S. Army Engineer District, New Orleans

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 11 January 2016

JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59260, 59482, 59483, Appeals of Tetra Tech EC, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals